

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

July 18, 1966

Honorable Coke R. Stevenson, Jr.      Opinion No. C-723
Administrator
Texas Liquor Control Board            Re:  Whether the Texas
Austin, Texas                              Liquor Control Board
                                           is authorized to issue
                                           a United States Bonded
                                           Liquor Export permit as
                                           provided for in sub-sec
                                           tion (7b) of Section 15
                                           of Article 1 of the
                                           Texas Liquor Control Ac
                                           (Article 666-15, (7b) o
                                           Vernon's Penal Code) to
                                           a qualified applicant
                                           who desires to obtain
Dear Mr. Stevenson:                        such a permit.

        Your letter requesting an opinion of this office reads
as follows:

        "In the case of Texas Liquor Control
        Board vs. Ammex Warehouse Company, 384
        S.W.2d 768, it was held that Subsection
        (7b) of Section 15 of Article 1 of the
        Texas Liquor Control Act (Article 666-15,
        (7b), of Vernon's Texas Penal Code) is
        unconstitutional. The Supreme Court of
        Texas refused to review this decision be-
        cause of no reversible error.  The Supreme
        Court of the United States refused to
        grant certiorari.

        "Is the Texas Liquor Control Board
        authorized to issue a United States
        Bonded Liquor Export Permit as provided
        for in Subsection (7b) of Section 15 of
        Article 1 of the Texas Liquor Control
        Act (Article 666-15, (7b), of Vernon's
        Texas Penal Code) to a qualified appli-
        cant who desires to obtain such a permit?"

-3480-

Honorable Coke R. Stevenson, Jr., Page 2 (C-723)

As you stated in your opinion request, Article 666-15, (7b), of Vernon's Penal Code, has been held to violate the Commerce Clause and the Supremacy Clause of the Federal Constitution. Texas Liquor Control Board v. Ammex Warehouse Company, 384 S.W.2d 768.

The laws of the United States supersede or suspend the laws of a state insofar as they cover the same field and are applicable to matters over which Congress has assumed exclusive jurisdiction.

Therefore, it is the opinion of this office that the Texas Liquor Control Board is not authorized to issue a United States Bonded Liquor Export Permit as provided for in Subsection (7b) of Section 15 of Article 1 of the Texas Liquor Control Act because said statute has been held to violate the Federal Constitution and is unconstitutional and invalid.

### S U M M A R Y

The Texas Liquor Control Board is not authorized to issue a United States Bonded Liquor Export Permit to a qualified applicant who desires to obtain such a permit as Subsection (7b) of Section 15 of Article 666 of Vernon's Penal Code has been declared unconstitutional and invalid.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

DOUGLAS H. CHILTON
Assistant Attorney General

DHC/dt

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
John Reeves
Robert E. Owen
Howard M. Fender
Malcolm Quick

APPROVED FOR THE ATTORNEY GENERAL
By  T. B. Wright